**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
ALEXIS WOOD (SBN 270200)
*alexis@consumersadvocates.com*
KAS GALLUCCI (SBN 288709)
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone:(619) 696-9006
Facsimile: (619) 564-6665

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE HUNT, on behalf of herself, and all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　v.<br>SOUTHERN CALIFORNIA EDISON,<br><br>　　　　　　Defendant. | Case No.: CV 17-00355-BRO (JCx)<br><br><u>CLASS ACTION</u><br><br>**MOTION FOR DISMISSAL OF PLAINTIFF'S CASE WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)** |

1 | **TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Michele Hunt, an Individual ("Plaintiff"), through her counsel of record, Ronald A. Marron of the Law Offices of Ronald A. Marron, hereby files this Motion for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). This action shall be, and is dismissed WITHOUT PREJUDICE as to all individual claims asserted by Plaintiff against Defendant, and WITHOUT PREJUDICE as to the class action claims asserted in the lawsuit pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

DATED:   January 31, 2017

*s/ Ronald A. Marron*
Ronald A. Marron
Attorneys for Plaintiff

Attorneys for Defendant